```
STEVEN W. PITE (CA SBN 157537)
DAVID E. McALLISTER (CA SBN 185831)
JOHN B. ACIERNO III (CA SBN 257176)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
```

Attorneys for NATIONAL CITY MORTGAGE A DIVISION OF NATIONAL CITY BANK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>RYAN EDWARD LAWRIE AND<br>JENNIFER MAY LAWRIE,<br><br>Debtor(s). | Case No. 09-40685-RJN<br><br>Chapter 13<br><br>STIPULATION RE: AVOIDANCE OF LIEN |

This Stipulation is entered into by and between Debtors, RYAN EDWARD LAWRIE AND JENNIFER MAY LAWRIE (hereinafter referred to as "Debtors"), by and through their attorney of record, Corrine Bielejesi; and NATIONAL CITY MORTGAGE A DIVISION OF NATIONAL CITY BANK, its successors and/or assigns, (hereinafter referred to as "Creditor"), by and through its attorney of record Pite Duncan, LLP.

**RECITALS**

A. Debtors are the makers of a Note in favor of Creditor dated April 3, 2007, in the original principal amount of $90,000.000 ("Note"), which is secured by a Second Deed of Trust encumbering the real property at 1327 Yosemite Circle, Oakley, California 94561 (the "Subject Property"). The Subject Property is more fully described in the legal description attached hereto as exhibit "A", which is incorporated herein by this reference. The Note and Second Deed of Trust are collectively referred to hereinafter as the "Subject Loan."

/././

B. On or about January 30, 2009, Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California, and were assigned Case No. 09-40685.

C. On or about January 30, 2009, Debtors filed a Chapter 13 Plan praying that the court find Creditor's Second Deed of Trust encumbering the Subject Property be avoided and that its claim be paid as an unsecured.

**THE PARTIES HEREBY STIPULATE AND AGREE TO AN ORDER AS FOLLOWS:**

1. Creditor's claim shall be allowed as a non-priority general unsecured claim in the amount of $89,951.97. Creditor shall file an amended Proof of Claim listing its claim as unsecured to be paid in accordance with the Debtors' Plan;

2. The avoidance of Creditor's Second Deed of Trust is contingent upon the Debtors' completion of their Chapter 13 plan and the Debtors' receipt of a Chapter 13 discharge;

3. Upon receipt of the Debtors' Chapter 13 discharge and completion of their Chapter 13 Plan, this Stipulation and the Order to follow may be recorded by the Debtors with the Contra Costa County Recorder's Office;

4. Creditor shall retain its lien for the full amount due under the Subject Loan in the event of either the dismissal of the Debtors' Chapter 13 case or the conversion of the Debtors' Chapter 13 case to any other Chapter under the United States Bankruptcy Code;

5. In the event that the holder of the first lien on the Subject Property forecloses on its security interest and extinguishes Creditor's Second Deed of Trust prior to the Debtors' completion of their Chapter 13 Plan and receipt of a Chapter 13 discharge, Creditor's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject Loan balance at the time of the sale; and

/././

/././

/././

/././

/././

6. Each party shall bear their own attorneys' fees and costs incurred in the present stipulation in bankruptcy case number 09-40685.

IT IS SO STIPULATED:

Dated: 6/23/09   By: _____
CORRINE BIELEJESKI
Attorney for Debtor(s)

PITE DUNCAN, LLP

Dated: 6/23/09   By: _____
JOHN B. ACIERNO III
Attorney for Creditor

11530833 -505 -KC7

109753

# Exhibit A
## Legal Description

All that certain real property in the City of Oakley, County of Contra Costa, State of California, described as follows:

LOT 1, AS SHOWN ON THE MAP OF SUBDIVISION 8748, FILED NOVEMBER 4, 2003, IN BOOK 458 OF MAPS, AT PAGE 5, CONTRA COSTA COUNTY RECORDS.
EXCEPTING THEREFROM:
ALL OIL, GAS, CASINGHEAD GASOLINE AND OTHER HYDROCARBON AND MINERAL SUBSTANCES BELOW A POINT 500 FEET BELOW THE SURFACE OF SAID LAND, TOGETHER WITH THE RIGHT TO TAKE, REMOVE, MINE, PASS THROUGH AND DISPOSE OF ALL SAID OIL, GAS, CASINGHEAD GASOLINE AND OTHER HYDROCARBON AND MINERAL SUBSTANCES, BUT WITHOUT ANY RIGHT WHATSOEVER TO ENTER UPON THE SURFACE OF SAID LAND OR UPON ANY PART OF SAID LAND, AS RESERVED IN THE DEED FROM ROSA KRISTICH, A WIDOW, RECORDED DECEMBER 31, 1976, IN BOOK 8148, PAGE 200, OFFICIAL RECORDS, 50% THEREOF WAS GRANTED TO ALFRED L. DEJESUS, ET UX, BY INSTRUMENT RECORDED FEBRUARY 24, 1981, BOOK 10212, PAGE 374, OFFICIAL RECORDS, 50% THEREOF WHO SUBSEQUENTLY RESERVED SAID 50% INTEREST BY DEED RECORDED SEPTEMBER 19, 1984, BOOK 11981, PAGE 174, OFFICIAL RECORDS, AND FURTHER GRANTED TO ALFRED L. DEJESUS AND DARLENE L. DEJESUS CO-TRUSTEES OF THE DEJESUS FAMILY TRUST BY QUITCLAIM DEED RECORDED FEBRUARY 2, 1987, BOOK 13423, PAGE 544, SERIES NO. 87-24274, OFFICIAL RECORDS.

End of Document

EXHIBIT A