Entered on Docket
June 26, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: June 24, 2009



_____
**RANDALL J. NEWSOME
U.S. Bankruptcy Judge**
_____

STEVEN W. PITE (CA SBN 157537)
DAVID E. McALLISTER (CA SBN 185831)
JOHN B. ACIERNO III (CA SBN 257176)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for  NATIONAL CITY MORTGAGE A DIVISION OF NATIONAL CITY BANK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| IN RE RYAN EDWARD LAWRIE AND JENNIFER MAY LAWRIE, <br><br> Debtor(s). | Case No. 09-40685-RJN <br><br> Chapter 13 <br><br> ORDER ON STIPULATION RE: AVOIDANCE OF LIEN |

The parties having agreed to the terms set forth in the Stipulation Re: Avoidance of Lien are bound by the terms of their stipulation. The Stipulation Re: Avoidance of Lien, docket entry number 28, is hereby approved and made an order of the court.

**END OF ORDER**

# COURT SERVICE LIST

**ATTORNEY FOR MOVANT**

4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

**DEBTOR(S)**

Ryan Edward Lawrie
Jennifer May Lawrie
1327 Yosemite Circle
Oakley, CA 94561

**DEBTOR(S) ATTORNEY**

Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

**CHAPTER 13 TRUSTEE**

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

Case: 09-40685    Doc# 29    Filed: 06/24/09    Entered: 06/26/09 13:09:53    Page 2 of 2