Signed: March 25, 2010



_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**
_____

DAVE M. McGRAW
(State Bar No. 86389)
PATRICK K. McCLELLAN
(State Bar No. 77352)
LAW OFFICES OF
DAVE M. McGRAW
A Professional Corporation
2890 North Main Street, Suite 307
Walnut Creek, CA 94597-2738
(925) 944-0206

Attorneys for Movant
WACHOVIA MORTGAGE, FSB
fka: World Savings Bank, FSB, its successors and/or assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>RYAN EDWARD LAWRIE and<br>JENNIFER MAY LAWRIE,<br>aka: Jennifer May Lemieux<br><br>    Debtors. | Case No. 09-40685<br>Chapter 13<br>R.S. No. DMM-15372<br>**First Deed: 96 Scarlet Way**<br><br>ORDER RE ADEQUATE PROTECTION<br><br>Date:  March 03, 2010<br>Time:  10:30 a.m.<br>Judge: Randall J. Newsome<br>Ctrm:  220<br>Place: U.S. Bankruptcy Court<br>       1300 Clay Street. Oakland, CA |

A preliminary hearing on the motion of WACHOVIA MORTGAGE, FSB came on regularly for hearing on March 03, 2010, before the Honorable RANDALL J. NEWSOME.

Movant appeared through counsel DAVE M. McGRAW of the LAW OFFICES OF DAVE M. McGRAW. Debtors appeared through counsel CORRINE BIELEJESKI of the LAW OFFICES OF PATRICK L. FORTE. The Trustee, MARTHA G. BRONITSKY, was duly served but failed to appear or file any responsive pleading.

The Court, having duly considered the papers and pleadings on file herein, the arguments of counsel, and being fully advised therein and finding good cause therefor, makes the following order:

Order Re Adequate Protection
C:\ORDERS\LAWRIE\APO/ahND

1

The automatic stay provisions of 11 U.S.C. §362, as it affects the real property located in the County of Contra Costa, commonly known as 96 Scarlet Way, Brentwood, CA, and more particularly described as follows:

SEE EXHIBIT "A" ENTERED AS DOCUMENT #35 ON THE DOCKET.

shall remain in full force and effect on the following conditions only:

1. Debtors shall tender to Movant the equivalent of one regular monthly payment (ARM loan) on March 05, 2010 at which time all post-petition arrears, except late charges, will be cured;

2. Commencing April 01, 2010, Debtors shall tender to Movant the equivalent of a regular monthly payment (ARM loan) plus $100.00 until post-petition late charges of $549.27 (amount through March 11, 2010) are cured;

3. Thereafter, Debtors shall make all regular monthly payments to Movant in the proper amount (ARM loan) and in a timely manner;

IT IS FURTHER ORDERED that in the event of a default in payments called for hereinabove in Paragraphs 1, 2 and 3, after 15 days of the due date, Movant, by and through its attorneys, shall provide written notice of said default to Debtors and Debtors' attorney. In the event the Debtors fail to cure said default within ten (10) days of the mailing date of said notice, Movant may restore this matter to calendar upon 15 days notice.

APPROVED AS TO FORM:


  /s/ Corrine Bielejeski
CORRINE BIELEJESKI

## END OF ORDER ##

Order Re Adequate Protection
C:\ORDERS\LAWRIE\APO/ahND

2

COURT SERVICE LIST

Corrine Bielejeski, Esq.
Law Offices of Patrick L. Forte
1 Kaiser Plaza, #480
Oakland, CA 94612-3610

Martha G. Bronitsky
Chapter 13 Trustee
P.O. Box 5004
Hayward, CA 94540-5004

Jennifer May Lawrie
1327 Yosemite Circle
Oakley, CA 94561

Jennifer May Lawrie
96 Scarlet Way
Brentwood, CA 94513

Ryan Edward Lawrie
1327 Yosemite Circle
Oakley, CA 94561

Ryan Edward Lawrie
96 Scarlet Way
Brentwood, CA 94513

Order Re Adequate Protection
C:\ORDERS\LAWRIE\APO/ahND

3