```
 1 | Alan Steven Wolf – Bar No. 94665
   | Ryan M. Davies - Bar No. 192598
 2 | THE WOLF FIRM, A Law Corporation
   | 2955 Main Street, Second Floor
 3 | Irvine, CA 92614
   | Telephone:  (949) 720-9200
 4 | Fax:  (949) 608-0128
 5 | Attorneys for Movant,
   | Bosco Credit LLC
 6 |
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re: | CASE NO:  09-40685WJL |
|---|---|
| Ryan Edward Lawrie and Jennifer May Lawrie aka Jennifer May Lemieux | CHAPTER:  13 |
| | REF:  ASW-2062 |
| Debtors. | **MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | Date:  January 30, 2013<br>Time:  9:30 AM<br>Courtroom:   220 |
| | UNITED STATES BANKRUPTCY COURT<br>1300 Clay Street<br>Oakland, CA 94612 |

The Motion of Bosco Credit LLC Corporation respectfully shows as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Sections 157 and 1334.

2. On January 30, 2009, a petition under Chapter 13 of the Bankruptcy Code was filed by the Debtors.

3. The Plan was confirmed on June 30, 2009

4. Martha G. Bronitsky is the Chapter 13 Trustee for this case.

5. Movant is, and at all times herein mentioned was a corporation organized and existing under the laws of the United States.

6. Movant is the beneficiary under a Deed of Trust which secures a Home Equity Line of Credit Agreement ("LOC") in the principal sum of $49,999.00, with the LOC all due and payable on December 19, 2031. The LOC and Deed encumber real property commonly known as: 96 Scarlet Way, Brentwood, CA 94513 ("Property") and legally described as set forth in the Deed of Trust, which is attached to the Declaration of Isobelle Santocildes.

7. The beneficial interest under the Deed of Trust is currently held by Movant. See Declaration of Isobelle Santocildes.

8. There was a default under the terms of the LOC and Deed of Trust however, Movant has been unable to record its Notice of Default and Election to Sell.

9. The Property is not Debtors' principal residence.

10. At the time of the filing of this case, the pre-petition arrearages under the LOC and Deed of Trust were approximately $0.00.

11. Since the time of the filing of the instant case, and as of December 18, 2012, the Debtors have failed to tender 22 of the post-petition payments which have fallen due. After application of all post-petition payments received through December 18, 2012, the loan is post-petition due for the February 20, 2011 payment. Further monthly payments in the amount of $514.31 will continue to accrue.

12. The total amount due under the LOC and Deed of Trust as of December 18, 2012, exclusive of post-petition attorneys fees and costs, was approximately $59,368.09.

13. Movant does not have, and has not been offered, adequate protection for its interest in the Property and the passage of time will result in irreparable injury to Movant's interest in the Property including, but not limited to, loss of interest and opportunity.

14. For all the reasons set forth herein, there is cause for relief from stay including, but not limited to, lack of adequate protection and the Debtors' failure to make the required Deed of Trust payments.

WHEREFORE, Movant prays for the judgment against Respondents as follows:

(1) That the automatic stay be terminated so that Movant may exercise or cause to be exercised any and all rights under its LOC and/or Deed of Trust and any and all rights after the foreclosure sale, including, but not limited to, the right to consummate foreclosure proceedings on the property and the right to proceed in unlawful detainer;

(2) For the waiver of the 14 day stay pursuant to Bankruptcy Rule 4001(a)(3).

(3) For such other and further relief as the Court deems just and proper.

Date: January 11, 2013

Respectfully submitted,

THE WOLF FIRM,
A Professional Law Corporation

By: /s/ Ryan M. Davies
Ryan M. Davies
Attorneys for Movant
Bosco Credit LLC